BEFORE THE SECOND DIVISION, DECEMBER 16, 1954

**No. 58596.**—Rietmann Pilcer Co. *v.* United States, protest 196766–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of locks similar in all material respects to those the subject of *Packaged Hardware Corp.* v. *United States* (32 Cust. Ct. 98, C. D. 1588), the claim of the plaintiff was sustained.

**No. 58597.**—Imperial International Corp. *v.* United States, protest 225692–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of scissor blades similar in all material respects to those the subject of Abstract 58172, the claim of the plaintiff was sustained.